**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GURLAL SINGH SINGH,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-128-J** |
| | ) |
| **MARY DE ANDA-YBARRA et al.,** | ) |
| | ) |
| **Respondents.** | ) |

### ORDER

Currently before the Court is Respondent's Motion to Vacate in Part the Court's Order for Response to Petition. (ECF No. 8). Petitioner has responded. (ECF No. 9).

Respondents request that the Court vacate the requirement found in paragraph number 3 of the Court's Order for Response, wherein the Court has ordered Respondents to provide copies of any and all documents/evidence in the possession of ICE officials pertaining to the Petitioner. *See* ECF No. 6:2. Such documentation includes, but is not limited to, copies of any removal orders, Orders of Supervision, Notices to Appear, and Decisions to continue Detention. *Id*. Respondents construe the Court's Order to require Respondents to produce Petitioner's entire A-File. *See* ECF No. 8:1. Upon review and for good cause shown, the Court **GRANTS** this Motion **IN PART. (ECF No. 8)**. Respondents are not required to produce Petitioner's entire A-File, however, Respondents are required to provide copies of documents specifically discussed within any response they submit, and must include copies specific to Petitioner's current detainment, current bond hearings, related past orders for supervision subject to the current detainment and travel documents secured for this petitioner, if any. The Court is confident the Respondent can

determine the relevant and necessary documents when submitting a response to this Petition.

**IT IS SO ORDERED** on February 17, 2026.

_____

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE