**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GURLAL SINGH SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-128-J |
| | ) | |
| MARY DE ANDA-YBARRA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>JUDGMENT</u>

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition in so far as it finds Respondents violated the INA.  Respondents shall provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) or otherwise release Petitioner within five business days of the Order filed this same day.  Respondents shall also certify compliance within seven business days of the Order filed this same day.

IT IS SO ORDERED this 7th day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE